| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | mjk@severson.com |
| 2 | ALICE C. MILLER (State Bar No. 286596) |
| | acm@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 398-3344 |
| | Facsimile: (415) 956-0439 |
| 6 | |
| | Attorneys for Defendant |
| 7 | BANK OF AMERICA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| CECILLE Q. PAED, | Case No. 3:15-cv-05777-LB |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA, N.A.; and DOES 1 THROUGH 10 INCLUSIVE, | The Hon. Laurel Beeler |
| Defendants. | Action Filed:  December 16, 2015 |
| | Trial Date:  May 15, 2017 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff CECILLE Q. PAED ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, that: (1) the parties have reached a settlement of this matter; and (2) the parties jointly request that the entire action be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: September 23, 2016     FARSAD LAW OFFICE, P.C.


By:     */s/ Arasto Farsad*
             Arasto Farsad

Attorney for Plaintiff CECILLE Q. PAED

DATED: September 27, 2016     SEVERSON & WERSON
                              A Professional Corporation


By:     */s/ Alice C. Miller*
             Alice C. Miller

Attorneys for Defendant BANK OF AMERICA, N.A.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

             */s/ Alice C. Miller*

1    [**PROPOSED**] **ORDER**

2    Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

3    **IT IS SO ORDERED**.

4

5    DATED: September 28 , 2016

6

7    _____
     United States District Court Judge
8    Hon. Laurel Beeler

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

70000.2579/7668091.1                                                      3:15-cv-05777-LB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE